IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| JAMES MALONE, : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | CASE NO.: 1:20-CR-7-1 (LAG) (TQL) |
| : | 1:22-CV-13 (LAG) (TQL) |
| UNITED STATES OF AMERICA, : | |
| : | |
| Respondent. : | |
| : | |

## **ORDER**

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 331), recommending that the Court dismiss Petitioner's Recast Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255 (Doc. 316).

On June 16, 2020, Petitioner James Malone was charged with multiple violations of controlled substances laws. (Doc. 32). Petitioner pleaded guilty to one count of distribution of methamphetamine on May 13, 2021. (Doc. 209). On August 19, 2021, Petitioner was sentenced to 240 months imprisonment, followed by 5 years of supervised release, and a $100.00 mandatory assessment fee. (Doc. 271). Judgment was entered on September 9, 2021. (Doc. 280). Petitioner did not file an appeal. (*See* Docket). On February 2, 2022, Petitioner filed his original Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255. (Doc. 304). On February 3 and 28, 2022, the Magistrate Judge order Petitioner to recast his Motion on the Court's standard form. (Docs. 305, 315). Petitioner filed his Recast Motion on March 29, 2022. (Doc. 316). The Government responded to Petitioner's Recast Motion on May 16, 2022. (Doc. 324). Petitioner did not reply. (*See* Docket).

On October 17, 2022, the Magistrate Judge issued the present R&R, recommending that the Court deny Petitioner's Recast Motion because his claims "lack merit as a matter of law or are otherwise affirmatively contradicted by the record. (Doc. 331 at 3). The

Magistrate Judge also recommends that a certificate of appealability be denied because Petitioner has not made a "substantial showing of the denial of a constitutional right." (*Id.* at 7 (first citing 28 U.S.C. § 2253(c)(2); and then citing *Slack v. McDaniel*, 529 U.S. 473, 483–84 (2000))). Petitioner has not filed an objection to the R&R, and the fourteen-day period to do so has expired. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2).

Upon full review and consideration of the record, the Court finds that the Report and Recommendation (Doc. 331) should be, and hereby is, **ACCEPTED**, **ADOPTED**, and made the Order of this Court for reasons of the findings made and reasons stated therein. Petitioner's Recast Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255 (Doc. 316) is **DENIED**, and a certificate of appealability is **DENIED**.

**SO ORDERED**, this 27th day of January, 2023.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, JUDGE**
**UNITED STATES DISTRICT COURT**